**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAMLA MACE | Chapter 13 |
| Debtor | Bankruptcy No. 16-10685-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
KAMLA MACE

614 W. Bristol St.

Philadelphia, PA 19140